[No. 18889-2-III. Division Three. March 27, 2001.]

KENNETH LIZOTTE, ET AL., *Plaintiffs*, ALAN MATSON, *Appellant*, v. JAMES SCHUMACHER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-2-00454-2, Robert N. Hackett, Jr., J., entered October 15, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Kurtz, C.J., concurred in by Brown and Kato, JJ.

[No. 19186-9-III. Division Three. March 27, 2001.]

MOAB IRRIGATION DISTRICT NO. 20, *Appellant*, RONALD GARTRELL, ET AL., *Petitioners*, v. WASHINGTON STATE BOUNDARY REVIEW BOARD FOR SPOKANE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-02427-3, James M. Murphy, J., entered February 28, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 19265-2-III. Division Three. March 27, 2001.]

*In the Matter of the Personal Restraint of* STEVEN CHARLES MORGAN, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 25291-1-II. Division Two. March 27, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JERAMY C. MURPHY, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 99-8-00022-0, E. Thompson Reynolds, J., entered November 10, 1999. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.